## Hagos v. Reading Transit & Light Co., Appellant (No. 2).

OPINION BY WILLIAMS, J., March 13, 1917:

The legal question raised in this appeal is the same as that determined in Julia Hagos v. Reading Transit and Light Co., 66 Pa. Superior Ct. 422. For the reason there assigned the judgment is affirmed.